# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
STANCZYK, PAUL MICHAEL § Case No. 08-16879
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on   . The undersigned trustee was appointed on   .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/N. Neville Reid_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 08-16879 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | | | Date Filed (f) or Converted (c): | 06/30/08 (f) |
| | | | | 341(a) Meeting Date: | 07/29/08 |
| For Period Ending: | 10/16/12 | | | Claims Bar Date: | 10/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located at 3824 N. Oconto, Chic | 260,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Charter One Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - Charter One Bank | 1.00 | 0.00 | | 0.00 | FA |
| 4. Utility - Peoples Energy | 250.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Household Goods and Furnishings | 1,300.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Clothing and Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 1968 Chevy Chevelle (132,000 Miles) | 500.00 | 0.00 | | 0.00 | FA |
| 8. Engine's and Parts - 350 sml Blk, 700 R 4 Trans & | 500.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY | Unknown | 0.00 | | 43,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.24 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $263,751.00 | $0.00 | | $43,800.24 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7-11-12 Received settlement check from State Farm $6,000

6-29-12 Per Springer: Received check $37,800    There is still one payment remaining from State Farm in the amount of $6,000

Once all checks have deposited and cleared, we are to make disbursement to "Special Counsel, medical lien holder and Debtor on claimed exemption."

9-17012 - Preparing TFR

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                  Ver: 17.00b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-16879   JPC   Judge: Jacqueline P. Cox | Trustee Name: N. Neville Reid |
| Case Name: | STANCZYK, PAUL MICHAEL | Date Filed (f) or Converted (c): 06/30/08 (f) |
| | | 341(a) Meeting Date: 07/29/08 |
| | | Claims Bar Date: 10/21/10 |

April 27, 2012:  Springer -Trustee accepts settlement as we discussed yesterday contemplating carve out to Mr. Stanczyk totaling $43,800 with fees, costs and liens to come out of that carve out.

Investigating possible personal injury case.

Initial Projected Date of Final Report (TFR): 12/31/00    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 08-16879 -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******3422 Checking Account |
| Taxpayer ID No: | *******4381 | | |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,697.13 | | 10,697.13 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 10,697.13 | 0.00 | 10,697.13 |
| Less: Bank Transfers/CD's | | 10,697.13 | 0.00 | |
| Subtotal | | 0.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 0.00 | |

Page Subtotals        10,697.13            0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                                                                                    Ver: 17.00b

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 08-16879 -JPC | | Trustee Name: | N. Neville Reid |
| Case Name: | STANCZYK, PAUL MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3664 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 10/16/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 9 | American Service Insurance Company<br>150 Northwest Point Blvd.<br>Suite 300<br>Elk Grove, IL 60007 | Settlement Check<br>Reduced deposit of $37,800 by $15,000 for debtor's exemption. | 1242-000 | 37,800.00 | | 37,800.00 |
| 07/11/12 | 9 | State Farm Mutual Automobile<br>Ins Company | Settlement Check | 1242-000 | 6,000.00 | | 43,800.00 |
| 07/27/12 | 000301 | Dwyer & McDevitt Ltd.<br>221 N. LaSalle Street<br>Suite 1600<br>Chicago, IL 60601<br><br>Fees 14,599.99<br>Expenses 1,855.37 | Allowance of Fees and Expenses<br>Dkt 47 Order Granting Compromise Settlement and Relief<br><br><br><br>3210-000<br>3220-000 | | | 16,455.36 | 27,344.64 |
| 07/27/12 | 000302 | AR Concepts Inc.<br>33 West Higgins Road<br>Suite 715<br>South Barrington, IL 60010 | Payment of medical lien<br>Dkt 47 Order Allowing Payment | 4220-000 | | 830.00 | 26,514.64 |
| 07/27/12 | 000303 | Blue Cross Blue Shield of Illinois<br>25552 Network Place<br>Chicago, IL 60680 | Payment of medical lien<br>Dkt 47 Order Allowing Payment | 4220-000 | | 817.75 | 25,696.89 |
| 07/27/12 | 000304 | Paul Michael Stanczyk<br>2801 W. Waveland<br>Apt 1-C | Claimed Exemption | 8100-000 | | 15,000.00 | 10,696.89 |

Page Subtotals 43,800.00 33,103.11

FORM 2

Page: 3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-16879 -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******3664  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4381 |  |  |
| For Period Ending: | 10/16/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | Chicago, IL 60618 |  |  |  |  |  |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 |  | 10,697.13 |
| 08/17/12 |  | Transfer to Acct #*******3680 | Bank Funds Transfer | 9999-000 |  | 10,697.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 43,800.24 | 43,800.24 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 10,697.13 |  |
| Subtotal | 43,800.24 | 33,103.11 |  |
| Less:  Payments to Debtors |  | 15,000.00 |  |
| Net | 43,800.24 | 18,103.11 |  |

Page Subtotals        0.24         10,697.13

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-16879 -JPC | | | Trustee Name: | N. Neville Reid |
| Case Name: | STANCZYK, PAUL MICHAEL | | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | | Account Number / CD #: | *******3680 BofA - Checking Account |
| Taxpayer ID No: | *******4381 | | | | |
| For Period Ending: | 10/16/12 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #*******3664 | Bank Funds Transfer | 9999-000 | 10,697.13 | | 10,697.13 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,697.13 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,697.13 | 10,697.13 | 0.00 |
| Less: Bank Transfers/CD's | 10,697.13 | 10,697.13 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3422 | 0.00 | 0.00 | 10,697.13 |
| Money Market Account (Interest Earn - ********3664 | 43,800.24 | 18,103.11 | 0.00 |
| BofA - Checking Account - ********3680 | 0.00 | 0.00 | 0.00 |
| | 43,800.24 | 18,103.11 | 10,697.13 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 10,697.13 10,697.13

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 16, 2012 |

Case Number: 08-16879  
Debtor Name: STANCZYK, PAUL MICHAEL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001 3210-00 | Thomas E. Springer<br>Springer, Brown, Covey, Gaetner & Davis<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Administrative | | $8,216.98 | $0.00 | $8,216.98 |
| 999 2990-00 | Special Counsel, Dwyer & McDivitt Ltd. | Administrative | | $16,455.36 | $16,455.36 | $0.00 |
| | Case Totals: | | | $24,672.34 | $16,455.36 | $8,216.98 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-16879
Case Name: STANCZYK, PAUL MICHAEL
Trustee Name: N. Neville Reid

Balance on hand   $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Attorney for Trustee Fees: Thomas E. Springer | $ | $ | $ |
| Attorney for Trustee Expenses: Thomas E. Springer | $ | $ | $ |
| Other: Special Counsel, Dwyer & McDivitt Ltd. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $     must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

       The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

       Timely claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

       Timely allowed general (unsecured) claims are as follows:

NONE

       Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

       Tardily filed general (unsecured) claims are as follows:

NONE

       Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

       Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE