UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| STANCZYK, PAUL MICHAEL | ) | Case No. 08-16879-JPC |
| | ) | |
| | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES N. Neville Reid, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,480.15 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $28,800.24. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,380.02 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,480.15 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                              $0.00


The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.


Executed this 15th day of October, 2012.


/s/ N. Neville Reid
SIGNATURE


200 W. MADISON, SUITE 3000
CHICAGO, IL  60606
ADDRESS

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN ILLINOIS
### EASTERN

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| STANCZYK, PAUL MICHAEL | ) | Case No. 08-16879-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,480.15 |
| 2. | Trustee's expenses | $0.00 |
| | **TOTAL** | $2,480.15 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____

UNITED STATES BANKRUPTCY JUDGE