IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PAUL MICHAEL STANCZYK, | ) | Case No. 08-16879 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE**

<u>Cover Sheet for Application for Professional Compensation</u>

Name of Applicant(s):   Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC

Authorized to Provide Professional Services to:   N. Neville Reid, Trustee of the Estate of Paul Michael Stanczyk, Chapter 7 Bankruptcy No. 08-16879.

Date of Order Authorizing Employment:   August 4, 2010

Period for which Compensation is Sought: July 14, 2010 through August 7, 2012

Amount of Fees Sought:   $ 8,200.00

Amount of Expense Reimbursement Sought:   $ 16.98

This is an:   Interim Application ___   Final Application  X

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is: $ ___-0-___ .

**In re: Paul Stanczyk**
   **Chapter 7 no. 08-16879**
   **Cover Sheet for Application for Professional Compensation by Trustee's General Counsel**
   **(PAGE TWO of TWO)**

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $400.00 | 19.1 | $ 7,640.00 |
| Michael J. Davis, Attorney | $350.00 | 0.5 | $   175.00 |
| Nicole K. Fishkin, Attorney | $275.00 | 1.4 | $   385.00 |
|  | **TOTALS** | **21.0** | **$8,200.00** |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: August 7, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
      Thomas E. Springer
      One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| PAUL MICHAEL STANCZYK, | ) | Case No. 08-16879 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | Hearing Date: |
| | ) | Hearing Time: |

## FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, N. Neville Reid, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from July 14, 2010 through preparation of Applicant's current Final Fee Application, August 7, 2012. The Application represents 21.0 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $8,200.00 and $16.98 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on June 30, 2008 and N. Neville Reid was appointed as the Chapter 7 Trustee herein. On August 4, 2010, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is

competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtor filed his Chapter 7 proceeding on June 30, 2008. The Debtor's Amended Schedule "B" listed his pending personal injury case with an value of "unknown". The Trustee contacted Applicant to further investigate the personal injury case and the Debtor's claimed exemption which was listed in the amount of "unknown". Applicant researched the validity of the Debtor's claimed exemption in the personal injury claim and filed an objection thereto. Prior to the scheduled hearing on the Objection to Exemption, Debtor's counsel filed an amended Schedule "C" changing the amount of the exemption from "unknown" to $15,000.00 and an Order withdrawing the Objection was entered on September 21, 2010.

Applicant employed Special Counsel to pursue/litigate the personal injury claim. On March 29, 2012, Special Counsel advised Applicant of a pending settlement offer in the gross amount of $43,800.00. Applicant reviewed the figures provided by Special Counsel for payment of liens, attorney fees and costs, and ran a proposed distribution and discussed the settlement with the Trustee.

On May 8, 2012, Applicant filed a Motion for Approval of Compromise/Settlement and the Order approving the Compromise/Settlement was entered on May 23, 2012.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A" and the necessary unbilled expenses are attached hereto as Exhibit "B".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $8,200.00 and expenses in the amount of $16.98 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: August 7, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
      Thomas E. Springer
      One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

## ATTORNEY TIME
### Stanczyk, Paul

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 07/20/10 | Confirmation and investigation into pending personal injury case by debtor with Circuit Court of Cook County. Retrieval of docket and report of status of same to Trustee. Recommendation for steps for administration of the asset and likelihood of distribution to creditors of the Estate. | 2.00 | $800.00 | TES |
| 07/21/10 | Correspondence to Special Counsel requesting status of impending settlement and pending personal injury case. | 0.50 | $200.00 | TES |
| 07/28/10 | Preparation filing and Notice of Application to Employ Counsel to Trustee. | 1.00 | $400.00 | TES |
| 07/28/10 | Preparation notice and filing of Application to Employ Special Counsel with respect to pending personal injury case | 1.00 | $400.00 | TES |
| 08/04/10 | Attendance at court motion to employ attorney and special counsel | 0.50 | $175.00 | MJD |
| 08/05/10 | Correspondence with special counsel including order authorizing employment. | 0.50 | $200.00 | TES |
| 08/06/10 | Receipt and review of amended schedules B & C by debtor's counsel. Update amendment to Trustee. | 0.50 | $200.00 | TES |
| 08/24/10 | Receipt and review of change of name/address for debtor report of same to Trustee. | 0.10 | $40.00 | TES |
| 08/27/10 | Research for motion to object to exemption | 1.00 | $275.00 | NKF |
| 09/01/10 | Review documents for objection to exemption | 0.40 | $110.00 | NKF |
| 09/02/10 | Preparation notice and filing of Objection to Debtor's Claim of Exemptions. | 1.00 | $400.00 | TES |
| 09/14/10 | Receipt and review of amended schedules C by respective counsels for debtor. | 0.40 | $160.000 | TES |
| 06/14/11 | Correspondence to special counsel requesting status of impending settlement and pending personal injury case. | 0.50 | $200.00 | TES |
| 06/23/11 | Receipt and review of status correspondence from Special Counsel regarding pending personal injury case. Report of same to Trustee. | 0.50 | $200.00 | TES |
| 02/21/12 | E-mail correspondence to special counsel regarding status of settlement potential for estate. | 0.20 | $80.00 | TES |
| 02/21/12 | Receipt review and response to update from special counsel regarding merits of pending personal injury case and potential value to the estate. | 0.40 | $160.00 | TES |
| 03/07/12 | Update regarding status to Trustee of pending personal injury estate. | 0.20 | $80.00 | TES |
| 03/16/12 | Receipt and response to Trustee regarding status of case. | 0.10 | $40.00 | TES |
| 03/29/12 | E-mail correspondence confirming status of pending personal injury litigation. | 0.20 | $80.00 | TES |
| 04/26/12 | E-mail correspondence to Trustee regarding status of settlement and potential likelihood of assets to the estate for distribution. | 0.50 | $200.00 | TES |
| 04/27/12 | Review of final figures to personal injury settlement as asset to the estate with distribution proposals. Recommendation of same to Trustee. | 2.00 | $800.00 | TES |
| 04/27/12 | (4) E-mail correspondences to and from Trustee regarding status of pending personal injury as asset to the estate. | 0.50 | $200.00 | TES |

Exhibit A

| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
|---|---|---|---|---|
| 04/30/12 | E-mail correspondence to J. Greene regarding status of Motion for Approval of personal injury settlement. | 0.10 | $40.00 | TES |
| 05/08/12 | Preparation of Motion to Approve Compromise and Settlement and Authorization for Trustee to disburse personal injury funds with limited notice. | 2.00 | $800.00 | TES |
| 05/12/12 | E-mail correspondence to Trustee's office regarding status of litigation recovery. | 0.10 | $40.00 | TES |
| 05/22/12 | E-mail correspondence to special counsel regarding status of personal injury case. | 0.10 | $40.00 | TES |
| 05/23/12 | Receipt and review of e-mail correspondence from special counsel. | 0.10 | $40.00 | TES |
| 05/29/12 | E-mail correspondence to and from special counsel regarding personal injury status. | 0.20 | $80.00 | TES |
| 05/30/12 | E-mail correspondence with special counsel regarding status. | 0.10 | $40.00 | TES |
| 05/31/12 | E-mail correspondence confirming status. | 0.10 | $40.00 | TES |
| 06/22/12 | Correspondence with proceeds to Trustee with instructions pursuant to Court Order allowing same. | 0.50 | $200.00 | TES |
| 06/29/12 | E-mail correspondence to and from Trustee regarding status of special counsel's progress and settlement of personal injury case. | 0.50 | $200.00 | TES |
| 07/03/12 | Correspondence with proceeds to Trustee confirming application of proceeds from personal injury settlement pursuant to Court Order allowing same. | 0.50 | $200.00 | TES |
| 07/09/12 | E-mail correspondence from special counsel regarding status of State Farm proceeds. | 0.10 | $40.00 | TES |
| 07/10/12 | Confirmation of receipt to special counsel. | 0.10 | $40.00 | TES |
| 07/23/12 | E-mail correspondence confirming payment on proceeds for remainder of settlement. | 0.20 | $80.00 | TES |
| 07/27/12 | (6) E-mail correspondence to and from special counsel and confirming with Trustee regarding status of receipt of remaining proceeds and Court authorized distribution of same. | 1.00 | $400.00 | TES |
| 07/28/12 | Receipt and confirmation of correspondence from Trustee regarding application of proceeds to Special Counsel. | 0.80 | $320.00 | TES |
| 07/30/12 | E-mail correspondence from Trustee's office regarding proof of claim status. Confirmation of same against claims register. | 0.20 | $80.00 | TES |
| 07/31/12 | E-mail correspondence to Trustee regarding confirmation of receipt of remaining proceeds. | 0.10 | $40.00 | TES |
| 08/07/12 | Confirmation with Trustee via e-mail on fee application and final distribution status in light of claims register. | 0.20 | $80.00 | TES |
| | TOTAL | 21.00 | $8,200.00 | |

TES = Thomas E. Springer, Attorney at Law
MJD = Michael J. Davis, Attorney at Law
NKF = Nicole Fishkin, Attorney at Law

Exhibit A

| EXPENSES | | |
|---|---|---|
| DATE | DESCRIPTION | AMOUNT |
| 07/28/10 | Photocopy Expense Trustee's Motion to Employ Special Counsel and Truste's Motion to Employ Attorneys | $10.36 |
| 07/28/10 | Postage Expense Trustee's Motion to Employ Special Counsel and Trustee's Motion to Employ Attorneys | $0.61 |
| 08/05/10 | Photocopy Expense letter to J Dwyer & Trustee Reid | $0.60 |
| 08/05/10 | Postage Expense Letter sent to J Dwyer & Trustee Reid | $0.88 |
| 09/02/10 | Photocopy Expense Trustee's Obj to Claimed Exemption | $2.70 |
| 09/02/10 | Postage Expense--Trustee's Obj to Claimed Exemption | $1.83 |
| | TOTAL | $16.98 |

Exhibit B