UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS
EASTERN  DIVISION

In re:                                        §
                                              §
STANCZYK, PAUL MICHAEL                        §        Case No. 08-16879
                                              §
            Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

      Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

      The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      UNITED STATES BANKRUPTCY COURT
      219 South Dearborn Street
      Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 11/15/2012 in Courtroom 680,
      United States Bankruptcy Court
      219 S. Dearborn Street
      Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2012                By: N. Neville Reid
                                                                          Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| STANCZYK, PAUL MICHAEL | § | Case No. 08-16879 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 43,800.24 |
| and approved disbursements of | $ | 33,103.11 |
| leaving a balance on hand of[1] | $ | 10,697.13 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ 2,480.15 | $ 0.00 | $ 2,480.15 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 8,200.00 | $ 0.00 | $ 8,200.00 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 16.98 | $ 0.00 | $ 16.98 |
| Other: Special Counsel, Dwyer & McDivitt Ltd. | $ 16,455.36 | $ 16,455.36 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 10,697.13 |
| Remaining Balance | | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
                                   Trustee

*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Paul Michael Stanczyk  
    Debtor

Case No. 08-16879-JPC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 2     Date Rcvd: Oct 17, 2012  
                         Form ID: pdf006     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2012.

```
db          +Paul Michael Stanczyk,    4828 W Dakin,    Chicago, IL 60641-2716
aty         +John J Dwyer,    Dwyer & McDevitt Ltd,    221 N. LaSalle Street,    Suite 1600,
              Chicago, IL 60601-1431
12374055     Chase,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
12374057     Countrywide Home Loans,    P.O. Box 650070,    Dallas, TX 75265-0070
12374058     Deutsche Bank,    c/o Pierce & Associates,    1 N. Dearborn, 13th Floor,    Chicago, IL 60602-4321
12374059    +Peoples Gas,    ATTN: Bankruptcy Dept.,    130 E. Randolph Drive, 14th Floor,
              Chicago, IL 60601-6302
12374060    +Toyota Motor Corp.,    c/o GC Services Limited Partnership,    6330 Gulfton,
              Houston, TX 77081-1108
12374061     Toyota Motor Credit Corp./Lexus Fin,    P.O. Box 5236,    Carol Stream, IL 60197-5236
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12374056      E-mail/Text: bankruptcydepartment@ncogroup.com Oct 18 2012 02:50:37     Citibank,
               c/o NCO Financial Systems,    P.O. Box 15889,    Wilmington, DE 19850-5889
12385172     +E-mail/Text: legalcollections@comed.com Oct 18 2012 01:43:41     ComEd Company,
               Attn Revenue Management Dept,    2100 Swift Drive,    Oak Brook IL 60523-1559
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty           Dwyer & McDevitt
aty           Springer, Brown, Covey, Gaertner & Davis, LLC
aty           Thomas E. Springer
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 19, 2012**          **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2              Date Rcvd: Oct 17, 2012
                              Form ID: pdf006           Total Noticed: 10
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2012 at the address(es) listed below:

          Dana N O'Brien    on behalf of Creditor   Countrywide Home Loans, Inc. dobrien@atty-pierce.com, northerndistrict@atty-pierce.com
          N. Neville Reid    nreid@fslc.com,  nreid@ecf.epiqsystems.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Thomas E Springer    on behalf of Trustee N. Reid tspringer@springerbrown.com, jkrafcisin@springerbrown.com
          Timothy H. Spruce    on behalf of Debtor Paul Stanczyk tspruce@financialrelief.com, yrodriguez@financialrelief.com;josefina@financialrelief.com;kaplanlaw@iamthewolf.com

                                                                                                                 TOTAL: 5