**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § § | |
| STANCZYK, PAUL MICHAEL | § § | Case No. 08-16879 |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 263,751.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 1,647.75 | Claims Discharged Without Payment: 0.00 |
| Total Expenses of Administration: 27,152.49 | |

3) Total gross receipts of $ 43,800.24  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 28,800.24  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 1,647.75 | $ 1,647.75 | $ 1,647.75 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 51,824.83 | 51,824.83 | 27,152.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | NA | NA | NA |
| **TOTAL DISBURSEMENTS** | $ NA | $ 53,472.58 | $ 53,472.58 | $ 28,800.24 |

4) This case was originally filed under chapter 7 on 06/30/2008. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2013          By:/s/N. Neville Reid
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY | 1242-000 | 43,800.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.24 |
| **TOTAL GROSS RECEIPTS** | | **$43,800.24** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul Michael Stanczyk | Exemptions | 8100-000 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AR CONCEPTS INC. | 4220-000 | NA | 830.00 | 830.00 | 830.00 |
| | BLUE CROSS BLUE SHIELD OF ILLINOIS | 4220-000 | NA | 817.75 | 817.75 | 817.75 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 1,647.75** | **$ 1,647.75** | **$ 1,647.75** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 2,480.15 | 2,480.15 | 2,480.15 |
| SPECIAL COUNSEL, DWYER & MCDIVITT L | 2990-000 | NA | 16,455.36 | 16,455.36 | 0.00 |
| THOMAS E. SPRINGER | 3110-000 | NA | 8,216.98 | 8,216.98 | 8,216.98 |
| DWYER & MCDEVITT LTD. | 3210-000 | NA | 14,599.99 | 14,599.99 | 14,599.99 |
| THOMAS E. SPRINGER | 3210-000 | NA | 8,200.00 | 8,200.00 | 0.00 |
| DWYER & MCDEVITT LTD. | 3220-000 | NA | 1,855.37 | 1,855.37 | 1,855.37 |
| THOMAS E. SPRINGER | 3220-000 | NA | 16.98 | 16.98 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 51,824.83 | $ 51,824.83 | $ 27,152.49 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

Page: 1
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No:　08-16879　JPC　Judge: Jacqueline P. Cox　　　Trustee Name:　N. Neville Reid
Case Name:　STANCZYK, PAUL MICHAEL　　　　　　　　　　Date Filed (f) or Converted (c):　06/30/08 (f)
　　　　　　　　　　　　　　　　　　　　　　　　　　　341(a) Meeting Date:　07/29/08
For Period Ending: 02/04/13　　　　　　　　　　　　　Claims Bar Date:　10/21/10

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Single Family Home Located at 3824 N. Oconto, Chic | 260,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Checking Account - Charter One Bank | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 3. Savings Account - Charter One Bank | 1.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Utility - Peoples Energy | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Miscellaneous Household Goods and Furnishings | 1,300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Necessary Clothing and Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. 1968 Chevy Chevelle (132,000 Miles) | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Engine's and Parts - 350 sml Blk, 700 R 4 Trans & | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. PERSONAL INJURY | Unknown | 0.00 | | 43,800.00 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.24 | FA | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $263,751.00 | $0.00 | | $43,800.24 | $0.00 | $0.00 | $0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Gross Value of Remaining Assets
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7-11-12 Received settlement check from State Farm $6,000

6-29-12 Per Springer: Received check $37,800　There is still one payment remaining from State Farm in the amount of $6,000

Once all checks have deposited and cleared, we are to make disbursement to "Special Counsel, medical lien holder and Debtor on claimed exemption."
9-17012 - Preparing TFR

April 27, 2012: Springer -Trustee accepts settlement as we discussed yesterday contemplating carve out to Mr. Stanczyk

LFORM1EX

UST Form 101-7-TDR (5/1/2011) (Page: 6)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Ver: 17.01

Page: 2
Exhibit 8

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Case No: 08-16879 JPC Judge: Jacqueline P. Cox
Case Name: STANCZYK, PAUL MICHAEL

Trustee Name: N. Neville Reid
Date Filed (f) or Converted (c): 06/30/08 (f)
341(a) Meeting Date: 07/29/08
Claims Bar Date: 10/21/10

totaling $43,800 with fees, costs and liens to come out of that carve out.

Investigating possible personal injury case.

Initial Projected Date of Final Report (TFR): 12/31/00    Current Projected Date of Final Report (TFR): 12/31/13

Page: 1
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-16879 -JPC
Case Name: STANCZYK, PAUL MICHAEL
Taxpayer ID No: ******4381
For Period Ending: 02/04/13

Trustee Name: N. Neville Reid
Bank Name: ASSOCIATED BANK
Account Number / CD #: ******3422 Checking Account
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,697.13 | | 10,697.13 |
| 11/30/12 | 300001 | N. Neville Reid as Trustee<br>200 West Madison Street<br>Chicago, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 2,480.15 | 8,216.98 |
| 11/30/12 | 300002 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County Farm Road, Suite 330<br>Wheaton, IL 60187 | Attorney for Trustee | 3110-000 | | 8,216.98 | 0.00 |
| | | | COLUMN TOTALS | | 10,697.13 | 10,697.13 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 10,697.13 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,697.13 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 10,697.13 | |

Page Subtotals     10,697.13     10,697.13

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 8)     Ver. 17.01

Page: 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-16879 -JPC
Case Name: STANCZYK, PAUL MICHAEL
Taxpayer ID No: *******4381
For Period Ending: 02/04/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: ******3664 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 9 | American Service Insurance Company 150 Northwest Point Blvd. Suite 300 Elk Grove, IL 60007 | Settlement Check Reduced deposit of $37,800 by $15,000 for debtor's exemption. | 1242-000 | 37,800.00 | | 37,800.00 |
| 07/11/12 | 9 | State Farm Mutual Automobile Ins Company | Settlement Check | 1242-000 | 6,000.00 | | 43,800.00 |
| 07/27/12 | 000301 | Dwyer & McDevitt Ltd. 221 N. LaSalle Street Suite 1600 Chicago, IL 60601 | Allowance of Fees and Expenses Dkt 47 Order Granting Compromise Settlement and Relief  Fees    14,599.99 Expenses   1,855.37 | 3210-000 3220-000 | | 16,455.36 | 27,344.64 |
| 07/27/12 | 000302 | AR Concepts Inc. 33 West Higgins Road Suite 715 South Barrington, IL 60010 | Payment of medical lien Dkt 47 Order Allowing Payment | 4220-000 | | 830.00 | 26,514.64 |
| 07/27/12 | 000303 | Blue Cross Blue Shield of Illinois 25552 Network Place Chicago, IL 60680 | Payment of medical lien Dkt 47 Order Allowing Payment | 4220-000 | | 817.75 | 25,696.89 |
| 07/27/12 | 000304 | Paul Michael Stanczyk 2801 W. Waveland Apt 1-C | Claimed Exemption | 8100-000 | | 15,000.00 | 10,696.89 |
| | | | | Page Subtotals | 43,800.00 | 33,103.11 | |

LFORM24 UST Form 101-7-TDR (5/1/2011) (Page: 9)

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit 9

Case No: 08-16879 -JPC
Case Name: STANCZYK, PAUL MICHAEL
Taxpayer ID No: *******4381
For Period Ending: 02/04/13

Trustee Name: N. Neville Reid
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******3664 Money Market Account (Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60618 | | | | | |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 10,697.13 |
| 08/17/12 | | Transfer to Acct #*******3680 | Bank Funds Transfer | 9999-000 | | 10,697.13 | 0.00 |

COLUMN TOTALS    43,800.24   43,800.24
  Less: Bank Transfers/CD's    0.00   10,697.13
Subtotal    43,800.24   33,103.11
  Less: Payments to Debtors      15,000.00
Net    43,800.24   18,103.11

Page Subtotals    0.24   10,697.13

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-16879 -JPC | | Trustee Name: | N. Neville Reid | |
|---|---|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. | |
| Taxpayer ID No: | *******4381 | | Account Number / CD #: | *******3680 BofA - Checking Account | |
| For Period Ending: | 02/04/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | | Transfer from Acct #*******3664 | Bank Funds Transfer | 9999-000 | 10,697.13 | | 10,697.13 |
| 08/30/12 | | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,697.13 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,697.13 | 10,697.13 |
| Less: Bank Transfers/CD's | | 10,697.13 | 10,697.13 |
| Subtotal | | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 0.00 | 0.00 |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******3422 | 0.00 | 10,697.13 | 0.00 |
| Money Market Account (Interest Earn - *******3664 | 43,800.24 | 18,103.11 | 0.00 |
| BofA - Checking Account - *******3680 | 0.00 | 0.00 | 0.00 |
| | 43,800.24 | 28,800.24 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  10,697.13  10,697.13

LFORM24  UST Form 101-7-TDR (5/1/2011) (Page: 11)  Ver: 17.01





N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Attorney for Trustee

CHECK NUMBER
**300002**

DATE: 11/30/12   AMOUNT: $*******8,216.98

PAY TO THE ORDER OF

08-16879   JPC   Debtor: STANCZYK, PAUL MICHAEL

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187

Eight Thousand Two Hundred Sixteen Dollars And 98/100

THIS CHECK VOID AFTER 90 DAYS

⑃300002⑃  ⑈075900575⑈  22232734 22⑃



ENDORSE HERE
CRED... TO ACCOUNT OF
WIT... NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

*111019993*
07/31/2012
8992879211

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*85825897*
*1*
*2304*
*00002-00053*

8380098362 07/30/2012
[7490996281]

Allowance of Fees and Expenses

**BANK OF AMERICA, N.A.**

32-1/1110 TX

CHECK NUMBER
301

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

| DATE | AMOUNT |
|---|---|
| 07/27/12 | ******16,455.36 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-16879 | JPC | Debtor: STANCZYK, PAUL MICHAEL |

2572343

PAY TO THE ORDER OF

Dwyer & McDevitt Ltd.
221 N. LaSalle Street
Suite 1600
Chicago, IL 60601

*Sixteen Thousand Four Hundred Fifty Five Dollars And 36/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000301⑈ ⑆111000012⑆ 4438263664⑈

⑈000301⑈ ⑆111000012⑆ ⑈4438263664⑈ ⑈0001645536⑈

7490996281 > 8380098362 07/30/2012

JPMorganChaseBank 07/30/12 ...

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Dwyer & McDevitt Ltd.
205 314 920

1110128822 07/30/2012
0089287921

07/30/12

↓Do not endorse or write below this line↓

*111019993*
08/03/2012
9892273484

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*75308793*
*1*
*1410*
*00001-00821*

[7190076081] 08/02/2012 000007040100200

Payment of medical lien

**BANK OF AMERICA, N.A.**

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

CHECK NUMBER 302

| DATE | AMOUNT |
|---|---|
| 07/27/12 | *********830.00 |

2572344

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-16879 | JPC | Debtor: STANCZYK, PAUL MICHAEL |

PAY TO THE ORDER OF

AR Concepts Inc.
33 West Higgins Road
Suite 715
South Barrington, IL 60010

Eight Hundred Thirty Dollars And 00/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000302⑈ ⑆111000012⑆ 4438263664⑈

⑈000302⑈ ⑆111000012⑆ ⑈4438263664⑈ ⑈0000083000⑈

>7190076081< 08/02/2012
000007040100000

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE CHECK HERE

X

PAY TO THE ORDER OF
Old Second Bank-Kane County
071910187
FOR DEPOSIT ONLY
A/R CONCEPTS, INC.
AGENT IN FACT
4004002269

Look for padlock icon and Micro Print signature line on front, and words "Original Document" on back. If not present - Do Not Cash.

T40120200 08/02/12 OSBK Aurora, IL >>071900760

S DATE 08/02/12
33 E C 148 GF

7490996288 08/02/2012
5870062177
1110122822 08/02/2012
0098922273484

↓Do not endorse or write below this line↓

*111019993*
07/31/2012
8992486860

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*85825897*
*1*
*1684*
*00002-00369*

1290306525 07/30/2012
0749099628

Company Pack

Payment of medical lien

BANK OF AMERICA, N.A.

32-1/1110 TX
0

CHECK NUMBER
303

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

| DATE | AMOUNT |
|---|---|
| 07/27/12 | *********817.75 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-16879 | JPC | Debtor: STANCZYK, PAUL MICHAEL |

2572345

PAY TO THE ORDER OF

Blue Cross Blue Shield of Illinois
25552 Network Place
Chicago, IL 60680

*Eight Hundred Seventeen Dollars And 75/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000303⑈ ⑆111000012⑆ 4438263664⑈ ⑉0000081775⑉

⑈303⑈ 4⑆111000012⑆ ⑈4438263664⑈ ⑉0000081775⑉

Look for padlock icon and Micro Print signature line on front, and words "Original Document" on back. If not present - Do Not Cash.

1290306525 07/30/2012
>0749099628<

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

X

ENDORSE CHECK, HSRC

JPMORGANCHASE BK NA CR TO NMD
073012 >074909962< PAYEE ALL
23500060 0025552 RTS RSVD
0085473 229 0000000979524972

1110122822 07/30/2012
0089924860

↓Do not endorse or write below this line↓

*111019993*
08/02/2012
6392399318

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

*98168293*
*1*
*822*
*00001-00645*

0076002222486
[115001208] 07/31/2012

Claimed Exemption

BANK OF AMERICA, N.A.

CHECK NUMBER
304

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

32-1/1110 TX
0

| DATE | AMOUNT |
|---|---|
| 07/27/12 | ******15,000.00 |

| CASE NUMBER | | ESTATE OF |
|---|---|---|
| 08-16879 | JPC | Debtor: STANCZYK, PAUL MICHAEL |

2572346

PAY TO THE ORDER OF

Paul Michael Stanczyk
2801 W. Waveland
Apt 1-C
Chicago, IL 60618

Fifteen Thousand Dollars And 00/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000304⑈ ⑆111000012⑆ 4438263664⑈

⑈000304⑈ 4⑆111000012⑆ ⑈4438263664⑈ ⑉0001500000⑉

Look for padlock icon and Micro Print signature line on front, and words "Original Document" on back. If not present - Do Not Cash.

>115001208< 07/31/2012
0076002222486

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE CHECK HERE

x Paul Stanczyk
4521520645

111012822 08/01/2012
006392399318

VS DATE 08/01/12
033 E C 148 GF

↓Do not endorse or write below this line↓













