UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
STANCZYK, PAUL MICHAEL                  §         Case No. 08-16879
                                        §
         Debtor(s)                      §
                                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/N. Neville Reid_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Paul Michael Stanczyk |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | AR CONCEPTS INC. |  |  |  |  |  |
|  | BLUE CROSS BLUE SHIELD OF ILLINOIS |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| SPECIAL COUNSEL, DWYER & MCDIVITT L | | | | | |
| THOMAS E. SPRINGER | | | | | |
| DWYER & MCDEVITT LTD. | | | | | |
| THOMAS E. SPRINGER | | | | | |
| DWYER & MCDEVITT LTD. | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 08-16879 | JPC | Judge: Jacqueline P. Cox | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | | | Date Filed (f) or Converted (c): | 06/30/08 (f) |
| | | | | 341(a) Meeting Date: | 07/29/08 |
| For Period Ending: | 03/31/13 | | | Claims Bar Date: | 10/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home Located at 3824 N. Oconto, Chic | 260,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Charter One Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account - Charter One Bank | 1.00 | 0.00 | | 0.00 | FA |
| 4. Utility - Peoples Energy | 250.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Household Goods and Furnishings | 1,300.00 | 0.00 | | 0.00 | FA |
| 6. Necessary Clothing and Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 1968 Chevy Chevelle (132,000 Miles) | 500.00 | 0.00 | | 0.00 | FA |
| 8. Engine's and Parts - 350 sml Blk, 700 R 4 Trans & | 500.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY | Unknown | 0.00 | | 43,800.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.24 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $263,751.00 $0.00 $43,800.24 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

7-11-12 Received settlement check from State Farm $6,000

6-29-12 Per Springer: Received check $37,800   There is still one payment remaining from State Farm in the amount of $6,000

Once all checks have deposited and cleared, we are to make disbursement to "Special Counsel, medical lien holder and Debtor on claimed exemption."

9-17012 - Preparing TFR

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Ver: 17.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-16879    JPC    Judge: Jacqueline P. Cox | Trustee Name:            N. Neville Reid |
| Case Name: | STANCZYK, PAUL MICHAEL | Date Filed (f) or Converted (c):    06/30/08 (f) |
| | | 341(a) Meeting Date:        07/29/08 |
| | | Claims Bar Date:            10/21/10 |

April 27, 2012:  Springer -Trustee accepts settlement as we discussed yesterday contemplating carve out to Mr. Stanczyk totaling $43,800 with fees, costs and liens to come out of that carve out.

Investigating possible personal injury case.

Initial Projected Date of Final Report (TFR): 12/31/00     Current Projected Date of Final Report (TFR): 12/31/13

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 08-16879 -JPC |
| Case Name: | STANCZYK, PAUL MICHAEL |
| Taxpayer ID No: | *******4381 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3422  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 10,697.13 | | 10,697.13 |
| 11/30/12 | 300001 | N. Neville Reid as Trustee | Chapter 7 Compensation/Expense | 2100-000 | | 2,480.15 | 8,216.98 |
| | | 200 West Madison Street | | | | | |
| | | Chicago, IL  60606 | | | | | |
| 11/30/12 | 300002 | Thomas E. Springer | Attorney for Trustee | 3110-000 | | 8,216.98 | 0.00 |
| | | Springer, Brown, Covey, Gaertner & Davis | | | | | |
| | | Wheaton Executive Center | | | | | |
| | | 400 S. County Farm Road, Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 10,697.13 | 10,697.13 | 0.00 |
| Less:  Bank Transfers/CD's | 10,697.13 | 0.00 | |
| Subtotal | 0.00 | 10,697.13 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,697.13 | |

Page Subtotals    10,697.13    10,697.13

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 08-16879 -JPC | | Trustee Name: | N. Neville Reid |
| Case Name: | STANCZYK, PAUL MICHAEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******3664 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4381 | | | |
| For Period Ending: | 03/31/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 9 | American Service Insurance Company 150 Northwest Point Blvd. Suite 300 Elk Grove, IL 60007 | Settlement Check Reduced deposit of $37,800 by $15,000 for debtor's exemption. | 1242-000 | 37,800.00 | | 37,800.00 |
| 07/11/12 | 9 | State Farm Mutual Automobile Ins Company | Settlement Check | 1242-000 | 6,000.00 | | 43,800.00 |
| 07/27/12 | 000301 | Dwyer & McDevitt Ltd. 221 N. LaSalle Street Suite 1600 Chicago, IL 60601 | Allowance of Fees and Expenses Dkt 47 Order Granting Compromise Settlement and Relief | | | 16,455.36 | 27,344.64 |
| | | | Fees        14,599.99 | 3210-000 | | | |
| | | | Expenses      1,855.37 | 3220-000 | | | |
| 07/27/12 | 000302 | AR Concepts Inc. 33 West Higgins Road Suite 715 South Barrington, IL 60010 | Payment of medical lien Dkt 47 Order Allowing Payment | 4220-000 | | 830.00 | 26,514.64 |
| 07/27/12 | 000303 | Blue Cross Blue Shield of Illinois 25552 Network Place Chicago, IL 60680 | Payment of medical lien Dkt 47 Order Allowing Payment | 4220-000 | | 817.75 | 25,696.89 |
| 07/27/12 | 000304 | Paul Michael Stanczyk 2801 W. Waveland Apt 1-C Chicago, IL 60618 | Claimed Exemption | 8100-000 | | 15,000.00 | 10,696.89 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.24 | | 10,697.13 |
| 08/17/12 | | Transfer to Acct #*******3680 | Bank Funds Transfer | 9999-000 | | 10,697.13 | 0.00 |

Page Subtotals    43,800.24    43,800.24

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-16879 -JPC | Trustee Name: | N. Neville Reid |
| --- | --- | --- | --- |
| Case Name: | STANCZYK, PAUL MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3664  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4381 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 43,800.24 | 43,800.24 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 10,697.13 | |
| | | | Subtotal | | 43,800.24 | 33,103.11 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | Net | | 43,800.24 | 18,103.11 | |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page: 4

Exhibit 9

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 08-16879 -JPC | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | STANCZYK, PAUL MICHAEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******3680  BofA - Checking Account |
| Taxpayer ID No: | *******4381 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/17/12 | | Transfer from Acct #*******3664 | Bank Funds Transfer | 9999-000 | 10,697.13 | | 10,697.13 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 10,697.13 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,697.13 | 10,697.13 | 0.00 |
| Less:  Bank Transfers/CD's | 10,697.13 | 10,697.13 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3422 | 0.00 | 10,697.13 | 0.00 |
| Money Market Account (Interest Earn - ********3664 | 43,800.24 | 18,103.11 | 0.00 |
| BofA - Checking Account - ********3680 | 0.00 | 0.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 43,800.24 | 28,800.24 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    10,697.13    10,697.13

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*